# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELE SAKALAS**<br>on behalf of herself and others<br>similarly situated<br><br>　　　　　　**Plaintiffs,**<br>v.<br><br>**WILKES-BARRE HOSPITAL CO. et al.,**<br><br>　　　　　　**Defendants** | :<br>:<br>:<br>:<br>:<br>: 3:11-CV-0546<br>: (JUDGE MARIANI)<br>:<br>:<br>: |

## ORDER

**AND NOW, THIS 8TH DAY OF MAY, 2014**, upon review of Plaintiff's Unopposed Motion for Final Approval of the Class Action Settlement and the Payment to Class Counsel of Attorney's Fees and Costs (Doc. 83), Settlement Agreement (Doc. 83-1), and supporting memorandum (Doc. 84), **IT IS HEREBY ORDERED THAT:**

1. The Settlement Agreement is **APPROVED** as a fair, equitable, and reasonable resolution of a bona fide dispute in this contested litigation, and is incorporated herein by this reference and made a part hereof as though set forth in full.

2. The formula for allocation of settlement payments set forth in the Settlement Agreement is **APPROVED** as a fair, equitable, and reasonable measure for distributing the settlement payment to the class members.

3. The attorney's fees representing $128,391.68 of the settlement fund, the $43,108.32 in out-of-pocket expenses, and the enhancement award to Michele Sakalas, as set

forth in the Settlement Agreement are **APPROVED** and Defendant is hereby ORDERED to make payments in accordance with and subject to the terms of the Settlement Agreement.

4. This Court shall retain continuing jurisdiction to enforce the terms of the Settlement Agreement.

_____
Robert D. Mariani
United States District Judge